No. 72–1087. Card *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 72–1088. Pennsylvania *v.* Brown. Sup. Ct. Pa. Certiorari denied.

No. 72–1110. Usciak *v.* Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 72–1121. Ellis et al. *v.* Flying Tiger Corp. C. A. 7th Cir. Certiorari denied.

No. 72–1132. Jacobs, Administratrix *v.* Clarke-White. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 72–1143. Spercel, dba Spercel Tool Co. *v.* Sterling Industries, Inc., et al. Sup. Ct. Ohio. Certiorari denied.

No. 72–1227. Morton, Secretary of the Interior *v.* Wilderness Society et al.;
No. 72–1228. Alaska *v.* Wilderness Society et al.; and
No. 72–1229. Alyeska Pipeline Service Co. *v.* Wilderness Society et al. C. A. D. C. Cir. Certiorari denied.

No. 72–5406. Carter *v.* Hardy. C. A. 5th Cir. Certiorari denied.

No. 72–5793. Long *v.* Twomey, Warden. C. A. 7th Cir. Certiorari denied.

No. 72–5813. Bilton *v.* Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.